| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CASE NO. 4:16CR25(2) |
| | § | |
| JERMAINE WEBSTER HARRIS (2) | § | |

# MEMORANDUM ADOPTING REPORT AND
# RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On November 4, 2016, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Suppress his statement made to law enforcement after his arrest and his Motion to Suppress evidence obtained after the execution of a search warrant on his mobile phone (#97) be DENIED.

There being no objections by Defendant, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is accordingly

**ORDERED** that Defendant's Motions to Suppress (#66 and #67) are **DENIED**.

Signed this date

Dec 6, 2016

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE